# In the United States Court of Federal Claims

**No. 06-924L**
**Filed: January 17, 2007**

ROSEBUD SIOUX TRIBE

v.

THE UNITED STATES

**CORRECTED NOTICE OF REASSIGNMENT TO:**

**Judge James F. Merow**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop
Brian Bishop, Clerk