# In the United States Court of Federal Claims

No. 06-924 L

(Filed December 21, 2007 )

******************************

ROSEBUD SIOUX TRIBE, *
Plaintiff, *
v. *
*
THE UNITED STATES, *
Defendant, *

*******************************

## ORDER

This matter is before the court on the parties' joint motion, filed December 21, 2007, for extension of the temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby **ORDERED** that:

(1) The parties' joint motion should be and hereby is **GRANTED**;

(2) The temporary stay of the litigation of this case shall be extended until July 3, 2008;

(3) The obligation for defendants to file their Answer or otherwise respond to the Complaint until after the termination of the temporary stay, among other things, shall be deferred until after the termination of the temporary stay of litigation; and

(4) The parties shall file a joint status report on or before July 3, 2008, informing the court of the status of their efforts to resolve the issues and claims of this case, and making a proposal by motion, if appropriate, to the court about whether and how to proceed with this case.

s/ James F. Merow
James F. Merow
Senior Judge